DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

16 MARCH 2017

| 063A17 | State v. Antwarn Lee Rogers | 1. State's Motion for Temporary Stay | 1. Allowed **02/23/2017** |
| | | 2. State's Petition for *Writ of Supersedeas* | 2. Allowed **03/15/2017** |
| 065P17 | State v. Jeffrey Robert Parisi | 1. State's Motion for Temporary Stay | 1. Allowed **02/24/2017** |
| | | 2. State's Petition for *Writ of Supersedeas* | 2. |
| 066P17 | State v. Rocky Kurt Williamson | 1. State's Motion for Temporary Stay (COA16-631) | 1. Allowed **02/27/2017** |
| | | 2. State's Petition for *Writ of Supersedeas* | 2. |
| | | 3. State's PDR Under N.C.G.S. § 7A-31 | 3. |
| | | 4. State's Petition for *Writ of Certiorari* to Review Order of COA | 4. |
| 068P17 | Arkeem Hakim Jordan v. State of North Carolina | 1. Petitioner's *Pro Se* Motion for Notice of Appeal | 1. Dismissed |
| | | 2. Petitioner's *Pro Se* Petition for *Writ of Habeas Corpus* | 2. Denied |
| | | 3. Petitioner's *Pro Se* Motion to Proceed as a Man Without Proper Funds | 3. Allowed **Ervin, J., recused** |
| 074P17 | Nathaniel Bryant and Joseph L. Gillespie v. Charles Wilbur Bryant and Carl Bryant | 1. Plt's (Nathaniel Bryant) *Pro Se* Motion for Temporary Stay | 1. Denied **03/13/2017** |
| | | 2. Plt's (Nathaniel Bryant) *Pro Se* Petition for *Writ of Supersedeas* | 2. Denied **03/14/2017** |
| 078P17 | In the *Matter of* the Foreclosure of a Deed of Trust Executed by Bruce J. Adams Dated December 28, 2004 and Recorded in Book 18194 at Page 265 in the Mecklenburg County Public Registry, North Carolina | 1. Appellant's Motion for Temporary Stay (COA16-653) | 1. Allowed **03/13/2017** |
| | | 2. Appellant's Petition for *Writ of Supersedeas* | 2. |
| 081P17 | State v. Gregory Alan Adams, Jr. | Def's *Pro Se* Motion to Stay and Legal Notice (COA16-397) | Dismissed **03/14/2017** |